JOSEPH HOAR, Respondent, v. CITY OF YONKERS et al., Appellants.

Submitted June 3, 1946; decided June 13, 1946.

Motion by respondent for reargument denied, with $10 costs and necessary printing disbursements. [See 295 N. Y. 274.]

MARCELINO GARCIA et al., as Executors of MANUEL DIAZ, Deceased, et al., Appellants, v. PAN AMERICAN AIRWAYS, INC., Respondent, et al., Defendants.

Submitted June 10, 1946; decided June 13, 1946.

Motion by appellants to amend the remittitur denied, with $10 costs and necessary printing disbursements. [See 295 N. Y. 852.]